IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| EZE Management Properties Limited Partnership, a South Carolina Limited Partnership, | ) ) ) ) | C.A. No. 6:05-1853-HMH |
| Plaintiff, | ) ) | **OPINION & ORDER** |
| vs. | ) ) | |
| NALCO Company, | ) ) | |
| Defendant. | ) | |

This matter is before the court on the court's sua sponte review of subject matter jurisdiction over the instant action. EZE Management Properties Limited Partnership ("EZE") filed suit in the Court of Common Pleas, Greenville County, alleging four causes of action against NALCO Company ("NALCO"). On June 27, 2005, NALCO filed a notice of removal. NALCO asserts that there is diversity jurisdiction pursuant to 28 U.S.C. § 1332, as NALCO is a citizen of Illinois and Delaware, and EZE is a limited partnership organized under the laws of South Carolina. However, the citizenship of a limited partnership is the citizenship of *all* of its partners, including the limited partners. See Carden v. Arkoma Assocs., 494 U.S. 185, 195-96 (1990). Therefore, EZE is ordered to provide the citizenship of its partners, both limited and general, within ten (10) days of the date of this order to allow this court to ascertain whether subject matter jurisdiction exists in the instant case.

**IT IS SO ORDERED.**

s/ Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
June 28, 2005